Ethel G. Fidler, Appellee, v. John Kennedy et al., Appellants.

Gen. No. 10,004.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; rehearing denied July 19, 1945; released for publication July 19, 1945. Murphy & Pearson and Perry & Elliott, for appellants; Robert P. McArdle, of counsel; James W. Milne and George E. Fidler, for appellee. Opinion by JUSTICE HUFFMAN. Not to be published in full.